## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 10-7147 ABC-CW | Date | November 23, 2010 |
| Title | USA v. STACEY D. SMITH, D.., et al. | | |

| | | |
|---|---|---|
| Present: The Honorable | CARLA M. WOEHRLE | |
| D. THOMAS | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**     (IN CHAMBERS)


Counsel are notified that the judgment debtor examination scheduled for November 23, 2010 is continued and now scheduled to take place on **Tuesday, November 30, 2010 at 10:00 a.m.** in courtroom 640 before the Honorable Carla M. Woehrle.


cc:    Parties of Record


|                  :          |
|---|
| Initials of Preparer          DT |